UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANITA LYONS and MAURICE SHEPARD,<br><br>         Plaintiffs,<br><br>  -against-<br><br>THE UNITED SATES OF AMERICA,<br><br>         Defendants. | 22-CV-01875 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

 The Court is in receipt of the parties' joint letter, dated October 10, 2022, filed in response to the Court's September 26, 2022 Reassignment Order. ECF No. 22.

 By October 18, 2022, Ira Scharaga shall file a motion withdrawing as counsel.

 IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference on February 8, 2023, at 11:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

 If the parties believe they would benefit from a settlement conference before a Magistrate Judge, or mediation through the District's Mediation Program at the close of discovery, they may contact the Court for a referral at any time.

Dated: October 11, 2022　　　　　　　　　　　　SO ORDERED.
   New York, New York

                    _____
                    JENNIFER L. ROCHON
                    United States District Judge