UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANITA LYONS et al., <br><br> Plaintiffs, <br><br> -against- <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | 22-cv-01875 (JLR) (BMC) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As stated during the February 8, 2023 conference, expert discovery shall be extended to **May 8, 2023**. The parties shall file summary judgment motions or *Daubert* motions, if any, by **June 8, 2023**. Any opposition shall be filed by **June 29, 2023** and replies shall be filed by **July 12, 2023**. If motions will not be filed because, among other reasons, the matter will be resolved through a bench trial, the parties should inform the Court by joint letter by **June 8, 2023**. *See* Rochon Individual Rules of Practice in Civil Cases, 3.I. ii.

Dated: February 9, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge