

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

September 5, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2023
```

**MEMO ENDORSED**

**By ECF**
The Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Lyons, et al. v. United States of America*, No. 22 Civ. 1875 (JLR) (BCM)

Dear Judge Moses:

      This Office represents the United States of America in the above-referenced action. I write respectfully to request an adjournment of the settlement conference currently scheduled for September 12, 2023, at 2:15 p.m. Such an adjournment would allow the United States additional time to consult with the agency regarding this matter.

      The parties propose October 17, 2023, or October 31, 2023, for the adjourned settlement conference and understand that the Court is available on those dates. This is the United States' first request for an adjournment of the settlement conference, and Plaintiffs consent to this request.

      I thank the Court for its consideration of this request.

                                        Respectfully,

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York

                         By:    */s/ Alyssa B. O'Gallagher*
                               ALYSSA B. O'GALLAGHER
                               Assistant United States Attorney
                               Tel.:   (212) 637-2822
                               Email: Alyssa.O'Gallagher@usdoj.gov

---

Application GRANTED. The settlement conference scheduled for September 12, 2023 is ADJOURNED to **October 31, 2023** at **2:15 p.m.** The parties' confidential settlement letters are due **October 24, 2023**. SO ORDERED.

*[signature]*

Barbara Moses
United States Magistrate Judge
September 6, 2023